IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PAMELA F. MONETTE | Case No. |
| Plaintiff, | COMPLAINT<br>(Medical Negligence) |
| v. | **Request for Jury Trial** |
| LEGACY EMANUEL HOSPITAL &<br>HEALTH CENTER, doing business as<br>LEGACY EMANUEL MEDICAL CENTER;<br>OREGON ANESTHESIOLOGY GROUP, PC;<br>PACIFIC SURGICAL, PC; RADIOLOGY<br>CONSULTANTS,INC.; PACIFIC<br>NEUROSURGICAL, P.C.; JEFFERSON<br>CHEN M.D.;MATTHEW A.SOLOMON, D.O.;<br>K. DEAN GUBLER, D.O.; JAMES GILMORE,<br>M.D.; MELISSA RADECKI, M.D.;.RONALD<br>BARBOSA, M.D.; JOSEPH WILLIAMS,<br>M.D.; WILLIAM LONG, M.D. | **Claim Amount: $818,390.58**<br><br>**CLAIM NOT SUBJECT TO MANDITORY<br>ARBITRATION** |
| Defendants. | |

Plaintiff Pamela F. Monette for her First Cause of Action alleges as follows:

THE PARTIES

1.

At all times mentioned herein, **Legacy Emanuel Hospital & Health Center,**

(hereinafter "defendant hospital"), was doing business as Legacy Emanuel Medical Center, and

is an active corporation formed under the laws of the State of Oregon, engaged in the business of

owning and operating hospitals, medical centers and medical clinics and providing emergency,

inpatient and outpatient treatment to patients in Multnomah County.

PAGE 1 –**COMPLAINT (Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

2.

At all times mentioned herein, defendant hospital held itself out to plaintiff and the patient public as a Level 1 Trauma Center which diagnosed and coordinated care of trauma patients through its specialists in emergency medicine, surgical and critical care medicine, radiology and anesthesiology. Defendant hospital provided treatment to plaintiff through its physicians, staff, employees and agents, both actual and apparent.

3.

At all times mentioned herein, defendant **Oregon Anesthesiology Group, PC** (hereinafter "defendant OAG"), was a professional corporation licensed in the state of Oregon and providing anesthesiology medical care to patients at defendant hospital through the actions of physicians either employed by or otherwise engaged as agents for both defendant OAG and defendant hospital.

4.

At all times mentioned herein, defendant **Radiology Consultants, Inc.** (hereinafter "defendant RCI"), was a domestic private corporation licensed in the state of Oregon and providing radiology medical care to patients at defendant hospital through the actions of physicians either employed by or otherwise engaged as agents for both defendant RCI and defendant hospital.

5.

At all times mentioned herein, defendant **Pacific Surgical, PC** (hereinafter "Pacific"), was a professional Corporation licensed in the state of Oregon and providing surgical and critical medical care to patients at defendant hospital through the actions of physicians either employed by or otherwise engaged as agents for both defendant Pacific and defendant hospital.

///

PAGE 2 –**COMPLAINT (Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

6.

At all times mentioned herein, defendant **Pacific Neurosurgical, PC** (hereinafter "PNeurosurgical"), was a professional Corporation licensed in the state of Oregon and providing surgical and critical medical care to patients at defendant hospital through the actions of physicians either employed by or otherwise engaged as agents for both defendant PNeurosurgical and defendant hospital.

7.

At all times mentioned herein, defendant **Matthew R. Solomon, DO** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of emergency medicine and anesthesiology.

8.

At all times mentioned herein, defendant Solomon was acting either as an employee or agent of either hospital or defendant OAG, or both, and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

9.

At all times mentioned herein, defendant **Jefferson Chen, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of neurosurgery.

10.

At all times mentioned herein, defendant Chen was acting either as an employee or agent of either hospital or defendant PNeurosurgical, or both, and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

///

///

PAGE 3 – **COMPLAINT (Claim over $10,000.00)**

11

At all times mentioned herein, defendant **K. Dean Gubler, DO** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of trauma surgery and critical care medicine.

12

At all times mentioned herein, defendant Gubler, DO was acting either as an employee or agent of either defendant hospital or defendant Pacific, or both, and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

13.

At all times mentioned herein, defendant **James Gilmore, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of radiology.

14.

At all times mentioned herein, defendant Gilmore was acting either as an employee or agent of either hospital or defendant RCI, or both, and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

15.

At all times mentioned herein, defendant **Melissa Radecki, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of emergency medicine and critical care medicine.

///

///

///

PAGE 4 –**COMPLAINT (Claim over $10,000.00)**

1    16.

2    At all times mentioned herein, defendant Radecki was acting either as an employee or

3    agent of defendant hospital and acting within the course and scope of her employment and/or

4    agency and as part of defendant hospital's Level 1 Trauma Center.

5    17.

6    At all times mentioned herein, defendant **Ronald Barbosa, MD** was a physician, duly

7    licensed to practice medicine within the state of Oregon, and practicing the medical specialty of

8    emergency medicine and critical care medicine.

9    18.

10   At all times mentioned herein, defendant Barbosa was acting either as an employee or

11   agent of defendant hospital and acting within the course and scope of his employment and/or

12   agency and as part of defendant hospital's Level 1 Trauma Center.

13

14   19.

15   At all times mentioned herein, defendant **Joseph Williams, MD** was a physician, duly

16   licensed to practice medicine within the state of Oregon, and practicing the medical specialty of

17   emergency medicine and critical care medicine.

18   20.

19   At all times mentioned herein, defendant Williams was acting either as an employee or

20   agent of defendant hospital and acting within the course and scope of his employment and/or

21   agency and as part of defendant hospital's Level 1 Trauma Center.

22   21.

23   At all times mentioned herein, defendant **William Long, MD** was a physician, duly

24   licensed to practice medicine within the state of Oregon, and practicing the medical specialty of

25   emergency medicine and critical care medicine.

26

PAGE 5 –**COMPLAINT (Claim over $10,000.00)**

22.

At all times mentioned herein, defendant Long was acting either as an employee or agent of defendant hospital and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

23.

On January 10, 2013 through February 4, 2013, plaintiff Pamela Monette, was a patient receiving medical care from defendant hospital and defendant physicians.

ACTS AND OMISSIONS

24.

On January 10, 2013, plaintiff sustained a head injury in a fall and was taken to the emergency department of defendant hospital where she received examination, diagnosis and treatment for a traumatic brain injury. Plaintiff had a medical history of a previous gastric bypass surgery that was disclosed to defendant Chen, defendant Solomon, and attending nurses at the emergency department of defendant hospital on that same date.

25.

On the above date and time, in the course of plaintiff's emergency medical care at defendant hospital, defendant Solomon placed an orogastric feeding tube into plaintiff's stomach causing a perforation of the gastric bypass pouch and further injury to plaintiff.

26.

On the above date and time, following placement of the orogastric tube, a CT scan and xray were taken of the area of tube placement. The imaging revealed the incorrect positioning of the orogastric tube and perforation injury. Despite the imaging results, defendant hospital's staff and/or aforementioned treating defendant physicians initiated feeding through the tube, causing the food infused to be deposited into the wound and surrounding area, causing further injury.

PAGE 6 –COMPLAINT (Claim over $10,000.00)

27.

On January 11, 2013 through January 18, 2013 repeat xrays were taken that revealed the incorrect positioning of orogastric tube placement. Despite the imaging results, enternal tube feeding continued and the incorrect positioning of the tube and the perforation injury remained undetected until January 18, 2013.

28.

At the times and dates mentioned above defendant hospital was negligent in the care and treatment of plaintiff, their patient, in one or more of the following particulars:

1. In failing to determine and consider patient's gastic bypass surgery history before attempting to insert and position a orogastric tube into plaintiff's stomach;

2. In positioning improperly the orogastric tube causing perforation of plaintiff's gastric pouch and further injuries;

3. In failing to place the orogastric tube in the gastric pouch;

4. In failing to discover that the orogastric tube had been incorrectly positioned into the stomach and had caused a perforation of the gastric pouch;

5. In initiating enternal feeds before correct placement of the orogastric tube was verified by radiology;

6. In initiating and continuing enternal feeds when radiology revealed incorrect placement of the orogastric tube;

7. In failing to use a fluoroscope to guide placement of a orogastric tube into plaintiff's gastric pouch due to anatomic changes from gastric bypass surgery;

8. In failing to have policies and procedures in place to coordinate and communicate radiology findings and reports that disclosed the incorrect positioning of the orogastric

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

tube to the team of physicians and staff providing critical care to plaintiff in the emergency room and intensive care unit;

9. In failing to diagnose that the orogastric tube was incorrectly positioned upon receipt of subsequent xray and CT scan imaging and/or reports and failing to diagnose that plaintiff had sustained a perforation injury from the apparent incorrect placement of the orogastric tube;

10. In failing to have policies and procedures in place to coordinate communication and charting of plaintiff's history of previous gastric bypass to be considered by the team of physicians and staff providing critical care to plaintiff in the emergency room and intensive care unit.

29.

At the times and dates mentioned above defendant physicians were negligent in the care and treatment of plaintiff, their patient, in one or more of the following particulars:

1. In failing to determine and consider patient's gastic bypass surgery history before attempting to insert a orogastric tube into plaintiff's stomach;

2. In positioning improperly the orogastric tube causing perforation of plaintiff's gastric pouch and further injuries;

3. In failing to place the orogastric tube in the gastric pouch;

4. In failing to discover that the orogastric tube had been incorrectly positioned into the stomach and had caused a perforation of the gastric pouch;

5. In initiating enternal feeds before correct placement of the orogastric tube was verified by radiology.

6. In initiating and continuing enternal feeds when radiology revealed incorrect placement of the orogastric tube;

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

7. In failing to use a fluoroscope to guide placement of a orogastric tube into plaintiff's gastric pouch due to anatomic changes from gastric bypass surgery;

8. In failing to have policies and procedures in place to coordinate and communicate radiology findings and reports that disclosed the incorrect positioning of the orogastric tube to the team of physicians and staff providing critical care to plaintiff in the emergency room and intensive care unit.

9. In failing to diagnose that the orogastric tube was incorrectly positioned upon receipt of subsequent xray and CT scan imaging and/or reports and failing to diagnose that plaintiff had sustained a perforation injury from the apparent incorrect placement of the orogastric tube.

30.

As a direct and proximate result of defendants' negligence, the orogastric tube's incorrect placement caused perforation of plaintiff's gastric bypass pouch, stomach and viscus. The eight day delay in discovery and diagnosis of the perforation injury caused plaintiff to further suffer pneumoperitoneum and multiple abscesses, all said injuries requiring two corrective surgeries and an extended hospitalization.

31.

As a direct and proximate result of the above described acts and omissions of defendants, plaintiff sustained the described permanent physical injury with resulting physical and mental pain, suffering, nausea, vomiting, related emotional distress, depression, and anxiety, interference with personal and family life, including inability and/or interference with ability to perform daily activities, surgical scars, all causing plaintiff noneconomic damages in a fair and reasonable amount not to exceed the sum of $250,000.00.

///

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR 97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

1

32.

2    As a further direct and proximate result of the above described acts and omissions of the

3    defendants, plaintiff has sustained and incurred reasonable and necessary medical expenses for

4    the treatment of the perforation and treatment of related further injuries and conditions described

5    above, including the expense of two corrective surgeries and extended hospitalization, resulting

6    in economic damages in an amount not yet determined but not exceeding total costs of medical

7    treatment and services incurred during the above described hospitalization, a sum of

8    $568,390.58, plus plaintiff may incur additional medical expenses in the future, both to be

9    alleged specificity herein upon determination and prior to trial.

10

33.

11

12    As a further direct and proximate result of the above described acts and omissions of the

13    defendants, medical expenses plaintiff incurred relating to the placement and use of the

14    orogastric tube, including enternal feeds, were of no value, and plaintiff is therefore entitled to

15    recover all fees incurred by plaintiff relating to said treatment, an amount of economic damages

16    not yet determined, that is a portion of the total costs of past medical treatment referenced above,

17    an amount not greater than $568,390.58.

18    WHEREFORE, plaintiff prays for judgment against defendants for economic damages in

19    an amount not to exceed $568,390.58, plus economic damages for reasonable and necessary

20    future medical expense, plus noneconomic damages not to exceed $250,000.00, together with

21    plaintiff's costs and disbursements incurred herein.

22    DATED:  January 9, 2015.

23

24    Robert S. Perkins, OSB No. 840814
Of Attorneys for Plaintiff

25    Trial Attorney: Robert S. Perkins, OSB No. 840814

26

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

*FILED 2015 JAN 22 PM 3: CIRCUIT COURT FOR MULTNOMAH COUNTY*

Verified Correct Copy of Original 1/23/2015.

PAMELA F. MONETTE,

            Plaintiff,

      vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

            Defendant.

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah        ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On January 12, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to Robert DeWitt.

The envelope was addressed as follows:

    Robert DeWitt, Registered Agent for
    LEGACY EMANUEL HOSPITAL & HEALTH CENTER
    1919 NW Lovejoy St.
    Portland, OR 97209

I declare under the penalty of perjury that the above statement is true and correct.

X _____
Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 15 day of January, 2015
by Mary Brodbeck.

Cheri J Crowe
Notary Public for Oregon

OFFICIAL SEAL
CHERI J CROWE
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314017*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

                    Plaintiff,                                    Case No. **15CV00583**

          vs.
                                                                  CERTIFICATE OF SERVICE

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

                    Defendant.
_____/

STATE OF OREGON
County of Multnomah                    ss.

I, Timothy Mason, hereby certify that I am a competent person 18 years of age or older, a
resident of the State of Oregon and that I am not a party to nor an officer, director, or
employee of, nor attorney for any party, corporate or otherwise; that I made service of a true
copy of:

                              *Summons and Complaint*

Upon **LEGACY EMANUEL HOSPITAL & HEALTH CENTER**, by leaving such true
copy, personally and in person, with Becky Miller, who is the person apparently in charge at
the office of Robert DeWitt, who is the Registered Agent thereof, at 1919 NW Lovejoy St.,
Portland, OR 97209 on January 12, 2015 at 2:48 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this ___15___ day of ___Jan___,20_15_.



                                        X_____
                                        Timothy Mason
                                        Nationwide Process Service, Inc.
                                        1201 S.W. 12th Avenue, Suite 300
                                        Portland, OR 97205
                                        503-241-0636

*314817*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

             Plaintiff,                       Case No. **15CV00583**

   vs.

                                     AFFIDAVIT OF MAILING

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

             Defendant.

_____/

STATE OF OREGON
County of Multnomah          ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On January 12, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to Robert DeWitt.

The envelope was addressed as follows:

    Robert DeWitt, Registered Agent for
    LEGACY EMANUEL HOSPITAL & HEALTH CENTER
    1919 NW Lovejoy St.
    Portland, OR 97209

I declare under the penalty of perjury that the above statement is true and correct.

                                 X _____

                                  Mary Brodbeck

SUBSCRIBED AND SWORN BEFORE ME      Nationwide Process Service, Inc.
this 15 day of January, 2015              1201 S.W. 12th Avenue, Suite 300
by Mary Brodbeck.                      Portland, OR 97205
                                     503-241-0636

Cheri J Crowe
Notary Public for Oregon

OFFICIAL SEAL
CHERI J CROWE
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015

*914817*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

                    Plaintiff,                          Case No. **15CV00583**

            vs.
                                                    CERTIFICATE OF SERVICE

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

                    Defendant.
_____/

STATE OF OREGON
County of Multnomah              ss.

I, Timothy Mason, hereby certify that I am a competent person 18 years of age or older, a
resident of the State of Oregon and that I am not a party to nor an officer, director, or
employee of, nor attorney for any party, corporate or otherwise; that I made service of a true
copy of:

                              *Summons and Complaint*

Upon **LEGACY EMANUEL HOSPITAL & HEALTH CENTER**, by leaving such true
copy, personally and in person, with Becky Miller, who is the person apparently in charge at
the office of Robert DeWitt, who is the Registered Agent thereof, at 1919 NW Lovejoy St.,
Portland, OR 97209 on January 12, 2015 at 2:48 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this __15__ day of ___Jan___,20_15_.

                                          X_____
                                          Timothy Mason
                                          Nationwide Process Service, Inc.
                                          1201 S.W. 12th Avenue, Suite 300
                                          Portland, OR 97205
                                          503-241-0636

*314017*

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

      Plaintiff,

v.

LEGACY EMANUEL HOSPITAL &HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW
A.SOLOMON, D.O.;      K. DEAN GUBLER, D.O.;
JAMES GILMORE, M.D.; MELISSA RADECKI,
M.D.;.RONALD BARBOSA, M.D.; JOSEPH WILLIAMS,
M.D.; WILLIAM LONG, M.D.

      Defendants.

Case No. 15CV00583

**SUMMONS**

TO:    LEGACY EMANUEL HOSPITAL & HEALTH CENTER
       Robert DeWitt, Registered Agent
       1919 NW Lovejoy Street
       Portland, OR 97209

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

      You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

      If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

| ROBERT S. PERKINS | OSB#84081 |
|---|---|
| ATTORNEY'S / AUTHOR'S NAME | BAR NO. (IF ANY) |

4949 Meadows Rd, Suite 400
ADDRESS

| Lake Oswego, Oregon | 97035 | (503) 222-4449 |
|---|---|---|
| CITY | STATE | ZIP | PHONE |

TRIAL ATTORNEY IF OTHER THAN ABOVE      BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

      I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

       Plaintiff,

v.

LEGACY EMANUEL HOSPITAL &HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.;JEFFERSON CHEN M.D.;MATTHEW A.
SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

       Defendants.

Case No. 15CV00583

**SUMMONS**

TO:   OREGON ANESTHESIOLOGY GROUP, PC
      c/o Samia Haddad, Registered Agent
      707 SW Washington Street, Suite 700
      Portland, OR 97205

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30)
days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to
the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

    You must "appear" in this case or the other side will win
automatically. To "appear" you must file with the court a legal paper
called a "motion" or "answer." The "motion" or "answer" must be given to
the court clerk or administrator within 30 days along with the required
filing fee. It must be in proper form and have proof of service on the
plaintiff's attorney or, if the plaintiff does not have an attorney, proof of
service upon the plaintiff.
    If you have any questions, you should see an attorney immediately.
If you need help in finding an attorney, you may call the Oregon State
Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at
(800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS         OSB#84081
ATTORNEY'S / AUTHOR'S NAME      BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
              ADDRESS

Lake Oswego, Oregon     97035   (503) 222-4449
CITY        STATE      ZIP       PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE      BAR NO.

STATE OF OREGON, County of Clackamas)    ss.
      I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original
summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this
summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or
which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which
you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Timothy Mason, hereby certify that I am a competent person 18 years of age or older, a
resident of the State of Oregon and that I am not a party to nor an attorney for any party in the
within named action; that I made service of a true copy of:

*Summons and Complaint*

CORPORATE SERVICE:

Upon **OREGON ANESTHESIOLOGY GROUP, PC**, by delivering such true copy,
personally and in person, to Samia Haddad, who is the Registered Agent thereof, at 707 SW
Washington St. #700, Portland, OR 97205 on January 23, 2015 at 2:55 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 21st day of ___Jan___ ,20_15_

X_____
Timothy Mason
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314261*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Mitch Wirth, hereby certify that I am a competent person 18 years of age or older, a resident
of the State of Oregon and that I am not a party to nor an attorney for any party in the within
named action; that I made service of a true copy of:

*Summons and Complaint*

CORPORATE SERVICE - Pursuant to ORCP7D(3)(b)(i):

Upon **PACIFIC SURGICAL, PC**, by personal service upon ROXANNE DETRACY, the
clerk on duty in the office of the registered agent, SW&W Registered Agents, Inc, 1211 SW
5th Ave, Suite 1900, Portland, OR 97204 on January 22, 2015 at 11:30 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _26ᵗʰ_ day of _January_ ,20_15_.

X _M̶itch W̶irth_


*314259*

Mitch Wirth
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

      Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW
A.SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

      Defendants.

Case No. 15CV00583

**SUMMONS**

TO:    PACIFIC SURGICAL, PC
      c/o SW&W Registered Agents, Inc.
      1211 SW Fifth Avenue, Suite 1900
      Portland, OR 97204

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS          OSB#84081
ATTORNEY'S / AUTHOR'S NAME          BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
          ADDRESS

Lake Oswego, Oregon    97035    (503) 222-4449
CITY      STATE      ZIP      PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE    BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

    I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

          Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

          Defendant.

_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah      ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On January 22, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to Terry Desylvia.

The envelope was addressed as follows:

    Terry Desylvia, Registered Agent for
    PACIFIC NEUROSURGICAL, PC
    1200 SW Main Building
    Portland, OR 97205

I declare under the penalty of perjury that the above statement is true and correct.

X_____

Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 26 day of January , 2015
by Mary Brodbeck.

_Cheri J Crowe_
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314257*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Mitch Wirth, hereby certify that I am a competent person 18 years of age or older, a resident
of the State of Oregon and that I am not a party to nor an attorney for any party in the within
named action; that I made service of a true copy of:

*Summons and Complaint*

CORPORATE SERVICE - Pursuant to ORCP7D(3)(b)(i):

Upon **PACIFIC SURGICAL, PC**, by personal service upon ROXANNE DETRACY, the
clerk on duty in the office of the registered agent, SW&W Registered Agents, Inc, 1211 SW
5th Ave, Suite 1900, Portland, OR 97204 on January 22, 2015 at 11:30 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _26ᵗʰ_ day of _January_ ,20_15_.

x _Mitch Wirth_

Mitch Wirth
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314259*

2/12/2015 12:35:01 PM
15CV00583

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

      Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW
A.SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

      Defendants.

Case No. 15CV00583

**SUMMONS**

TO:   PACIFIC NEUROSURGICAL, PC
      c/o Terry Desylvia, Registered Agent
      1200 SW Main Building
      Portland, OR 97205

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

      You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

      If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS        OSB#84081
ATTORNEY'S / AUTHOR'S NAME      BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
ADDRESS

Lake Oswego, Oregon     97035    (503) 222-4449
CITY      STATE      ZIP      PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE     BAR NO.

STATE OF OREGON, County of Clackamas)     ss.

      I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

*FILED*
*2015 FEB 24 PM 4:04*
*FOR CIRCUIT COURT*
*MULTNOMAH COUNTY*

PAMELA F. MONETTE,

        Plaintiff,

        vs.

Case No. **15CV00583**

CERTIFICATE OF SERVICE

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

—————————————————————/

STATE OF OREGON

County of Multnomah      ss.

I, Kristin Siegrist, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint*

By delivering the aforementioned documents to **MATTHEW A. SOLOMON D.O.**, personally and in person, at 1400 NW Irving Street #731, Portland, OR 97209 on February 08, 2015 at 10:50 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _10th_ day of _FEBRUARY_,20_15_.

X _____
Kristin Siegrist
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314755*

Verified Correct Copy of Original 2/25/2015

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

   vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah      ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On January 30, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to MATTHEW A. SOLOMON, D.O..

The envelope was addressed as follows:

        MATTHEW A. SOLOMON, D.O.
        707 SW Washington Street, Suite 700
        Portland, OR 97204

I declare under the penalty of perjury that the above statement is true and correct.

X_____

Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this  5  day of  January 30 , 2015
by Mary Brodbeck.  February ejc

_____
Cheri J Crowe
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314255*

3/2/2015 2:20:46 PM
15CV00583



IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

Case No. **15CV00583**

**CERTIFICATE OF SERVICE**

STATE OF OREGON
County of Multnomah      ss.

I, Kristin Siegrist, hereby certify that I am a competent person 18 years of age or older, a
resident of the State of Oregon and that I am not a party to nor an officer, director, or
employee of, nor attorney for any party, corporate or otherwise; that I made service of a true
copy of:

*Summons and Complaint*

By delivering the aforementioned documents to **MATTHEW A. SOLOMON D.O.**,
personally and in person, at 1400 NW Irving Street #731, Portland, OR 97209 on February 08,
2015 at 10:50 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this ___10th___ day of ___FEBRUARY___ ,20 15 .

X _____
Kristin Siegrist
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314755*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

   vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Timothy Mason, hereby certify that I am a competent person 18 years of age or older, a
resident of the State of Oregon and that I am not a party to nor an officer, director, or
employee of, nor attorney for any party, corporate or otherwise; that I made service of a true
copy of:

*Summons and Complaint*

OFFICE SERVICE - Pursuant to ORCP7D(2)(c):

Upon **MATTHEW A. SOLOMON, D.O.,** by leaving such true copy at the office
MATTHEW A. SOLOMON, D.O. maintains for the conduct of business with Samia Haddad,
who is the person apparently in charge, at 707 SW Washington Street, Suite 700, Portland, OR
97204 on January 29, 2015 at 3:30 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _____ day of _____ ,20____.

X_____
Timothy Mason
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636



*314255*

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

       Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW A.
SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

       Defendants.

Case No. 15CV00583

**SUMMONS**

TO:   MATTHEW A. SOLOMON, D.O.
      1400 NW Irving Street, Apt. 731
      Portland, OR 97209

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

| | |
|---|---|
| SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF | |
| ROBERT S. PERKINS | OSB#84081 |
| ATTORNEY'S / AUTHOR'S NAME | BAR NO. (IF ANY) |
| 4949 Meadows Rd, Suite 400 | |
| ADDRESS | |
| Lake Oswego, Oregon   97035 | (503) 222-4449 |
| CITY     STATE     ZIP | PHONE |
| TRIAL ATTORNEY IF OTHER THAN ABOVE | BAR NO. |

STATE OF OREGON, County of Clackamas)    ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

      Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW A.
SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

      Defendants.

Case No. 15CV00583

**SUMMONS**

TO:   MATTHEW A. SOLOMON, D.O.
      Oregon Anesthesiology Group, PC
      120 NW 14th Avenue, Suite 300
      Portland, OR 97209

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

| ROBERT S. PERKINS | OSB#84081 |
|---|---|
| ATTORNEY'S / AUTHOR'S NAME | BAR NO. (IF ANY) |

| 4949 Meadows Rd, Suite 400 | | |
|---|---|---|
| ADDRESS | | |

| Lake Oswego, Oregon | 97035 | (503) 222-4449 |
|---|---|---|
| CITY    STATE | ZIP | PHONE |

TRIAL ATTORNEY IF OTHER THAN ABOVE    BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

      I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

        Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW A.
SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

        Defendants.

Case No. 15CV00583

**SUMMONS**

TO:   WILLIAM LONG, M.D.
      Pacific Surgical, PC
      501 North Graham Street, Suite 580
      Portland, OR 97227

     You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

| ROBERT S. PERKINS | OSB#84081 |
|---|---|
| ATTORNEY'S / AUTHOR'S NAME | BAR NO. (IF ANY) |

| 4949 Meadows Rd, Suite 400 | |
|---|---|
| ADDRESS | |

| Lake Oswego, Oregon | 97035 | (503) 222-4449 |
|---|---|---|
| CITY    STATE | ZIP | PHONE |

TRIAL ATTORNEY IF OTHER THAN ABOVE    BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

     I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Bill Geary, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint;*

OFFICE SERVICE - Pursuant to ORCP7D(2)(c):

Upon **WILLIAM LONG, M.D.**, by leaving such true copy at the office WILLIAM LONG, M.D. maintains for the conduct of business with Jody Grayson, who is the person apparently in charge, at 501 North Graham Street, Suite 580, Portland, OR 97227 on January 26, 2015 at 3:30 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _28th_ day of _Jan_ ,20_15_.

X_____
Bill Geary
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314249*

3/3/2015 9:45:45 AM
15CV00583

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

### FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

      Plaintiff,

vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

      Defendant.

_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah     ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On January 27, 2015, I mailed a true copy of the Summons and Complaint; via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to WILLIAM LONG, M.D..

The envelope was addressed as follows:

      WILLIAM LONG, M.D.
      501 North Graham Street, Suite 580
      Portland, OR 97227

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 27 day of January, 2015
by Mary Brodbeck.

_____
Notary Public for Oregon

OFFICIAL SEAL
CHERI J CROWE
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314249*

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PAMELA F. MONETTE | Case No. 15CV00583 |
| Plaintiff, | **SUMMONS** |
| v. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER, doing business as LEGACY EMANUEL MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP, PC; PACIFIC SURGICAL, PC; RADIOLOGY CONSULTANTS,INC.; PACIFIC NEUROSURGICAL, P.C.; JEFFERSON CHEN M.D.;MATTHEW A. SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM LONG, M.D. | |
| Defendants. | |

TO:   MELISSA RADECKI, M.D.
OHSU Hospital
3181 SW Sam Jackson Park Road, #L340
Portland, OR 97239

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

_____
SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS                    OSB#84081
ATTORNEY'S / AUTHOR'S NAME          BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
ADDRESS

Lake Oswego, Oregon      97035     (503) 222-4449
CITY          STATE          ZIP          PHONE

_____
TRIAL ATTORNEY IF OTHER THAN ABOVE      BAR NO.

STATE OF OREGON, County of Clackamas)          ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

Page 1 - SUMMONS.

3/3/2015 9:49:11 AM
15CV00583

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Michael McLaughlin, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint*

OFFICE SERVICE - Pursuant to ORCP7D(2)(c):

Upon **MELISSA RADECKI M.D.**, by leaving such true copy at the office MELISSA RADECKI M.D. maintains for the conduct of business with NICOLE LEE, who is the person apparently in charge, at 3181 SW Sam Jackson Park Rd., Baird Hall, Portland, OR 97201 on February 04, 2015 at 1:02 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this __10th__ day of __February__,20__15__.

X _____
Michael McLaughlin
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314523*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah       ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On February 05, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to MELISSA RADECKI M.D..

The envelope was addressed as follows:

        MELISSA RADECKI M.D.
        3181 SW Sam Jackson Park Rd., Baird Hall
        Portland, OR 97201

I declare under the penalty of perjury that the above statement is true and correct.

X_____

Mary Brodbeck

SUBSCRIBED AND SWORN BEFORE ME
this __5__ day of __February__ 2015
by Mary Brodbeck.

_Cheri J Crowe_

Notary Public for Oregon

Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314523*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

   vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah       ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On January 27, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to RONALD BARBOSA, M.D..

The envelope was addressed as follows:

      RONALD BARBOSA, M.D.
      501 North Graham Street, Suite 580
      Portland, OR 97227

I declare under the penalty of perjury that the above statement is true and correct.

X_____

Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 27 day of January, 2015
by Mary Brodbeck.

_____
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314250*

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

      Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW A.
SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

      Defendants.

Case No. 15CV00583

**SUMMONS**

TO:    RONALD BARBOSA, M.D.
       Pacific Surgical, PC
       501 N. Graham Street, Suite 580
       Portland, OR 97227

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

      You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

      If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

| | |
|---|---|
| ROBERT S. PERKINS | OSB#84081 |
| ATTORNEY'S / AUTHOR'S NAME | BAR NO. (IF ANY) |

| 4949 Meadows Rd, Suite 400 |
|---|
| ADDRESS |

| Lake Oswego, Oregon | | 97035 | (503) 222-4449 |
|---|---|---|---|
| CITY | STATE | ZIP | PHONE |

TRIAL ATTORNEY IF OTHER THAN ABOVE      BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

      I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

Page 1 - SUMMONS.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

       Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

       Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Bill Geary, hereby certify that I am a competent person 18 years of age or older, a resident
of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor
attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint*

OFFICE SERVICE - Pursuant to ORCP7D(2)(c):

Upon **RONALD BARBOSA, M.D.**, by leaving such true copy at the office RONALD
BARBOSA, M.D. maintains for the conduct of business with Jody Grayson, who is the person
apparently in charge, at 501 North Graham Street, Suite 580, Portland, OR 97227 on January
26, 2015 at 3:30 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this ____ day of _____ ,20 ___ .

X _____
Bill Geary
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314258*

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

  vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah      ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On February 05, 2015, I mailed a true copy of the Summons and Complaint via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to John E. Gustavson.

The envelope was addressed as follows:

    John E. Gustavson, Registered Agent for
    RADIOLOGY CONSULTANTS INC
    2801 N. Gantenbein Ave.
    Portland, OR 97227

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this __6__ day of __February__, 20__15__
by Mary Brodbeck.

_____
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314258*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

  vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Bill Geary, hereby certify that I am a competent person 18 years of age or older, a resident
of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor
attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint*

Upon **RADIOLOGY CONSULTANTS INC**, by leaving such true copy, personally and in
person, with WAHID WOLDESELASSIE, who is the person apparently in charge at the
office of John E. Gustavson, who is the Registered Agent thereof, at 2801 N. Gantenbein
Ave., Portland, OR 97227 on February 04, 2015 at 3:15 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _____ day of ___Feb___ ,20 _15_.

X_____
Bill Geary
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314258*

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

      Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW
A.SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

      Defendants.

Case No. 15CV00583

**SUMMONS**

TO:    RADIOLOGY CONSULTANTS, INC.
      c/o John E. Gustavson, Registered Agent
      2701 NW Vaughn Street, Suite 425
      Portland, OR 97210

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

 

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS        OSB#84081
ATTORNEY'S / AUTHOR'S NAME      BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
            ADDRESS

Lake Oswego, Oregon    97035  (503) 222-4449
CITY      STATE      ZIP      PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE    BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

Page 1 - SUMMONS.

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

       Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW A.
SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

       Defendants.

Case No. 15CV00583

**SUMMONS**

TO:    K. DEAN GUBLER, D.O.
       Pacific Surgical, PC
       501 North Graham Street, Suite 580
       Portland, OR 97227

       You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

       You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

       If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

_____
SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS        OSB#84081
ATTORNEY'S / AUTHOR'S NAME       BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
          ADDRESS

Lake Oswego, Oregon   97035  (503) 222-4449
CITY      STATE     ZIP        PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE    BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

       I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Bill Geary, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint*

OFFICE SERVICE - Pursuant to ORCP7D(2)(c):

Upon **K. DEAN GUBLER, D.O.**, by leaving such true copy at the office K. DEAN GUBLER, D.O. maintains for the conduct of business with Jody Grayson, who is the person apparently in charge, at 501 North Graham Street, Suite 580, Portland, OR 97227 on January 26, 2015 at 3:30 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _____ day of _____, 20____.

X _____
Bill Geary
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314252*

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

Plaintiff,                                          Case No. **15CV00583**

vs.                                                 AFFIDAVIT OF MAILING

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

Defendant.
_____/

STATE OF OREGON
County of Multnomah          ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process Service, Inc. On January 27, 2015, I mailed a true copy of the Summons and Complaint via First Class Mail, postage pre-paid, together with a statement of the date, time and place at which service was made, to K. DEAN GUBLER, D.O..

The envelope was addressed as follows:

> K. DEAN GUBLER, D.O.
> 501 North Graham Street, Suite 580
> Portland, OR 97227

I declare under the penalty of perjury that the above statement is true and correct.

X_____
Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 21 day of January, 2015
by Mary Brodbeck.

Cheri J Crowe
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314252*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

      Plaintiff,

   vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

      Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Bill Geary, hereby certify that I am a competent person 18 years of age or older, a resident
of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor
attorney for any party, corporate or otherwise; that I made service of a true copy of:

*Summons and Complaint*

OFFICE SERVICE - Pursuant to ORCP7D(2)(c):

Upon **JAMES GILMORE, M.D.,** by leaving such true copy at the office JAMES
GILMORE, M.D. maintains for the conduct of business with Christine Logan, who is the
person apparently in charge, at 2801 North Gantenbein Ave., Portland, OR 97227 on January
26, 2015 at 3:55 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this _____ day of _____ ,20___ .

X_____
Bill Geary
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*314251*

3/3/2015 9:51:13 AM
15CV00583

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

      Plaintiff,

  vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

      Defendant.

_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah      ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On January 27, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to JAMES GILMORE, M.D..

The envelope was addressed as follows:

      JAMES GILMORE, M.D.
      2801 North Gantenbein Ave.
      Portland, OR 97227

I declare under the penalty of perjury that the above statement is true and correct.

X_____

Mary Brodbeck
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME
this 27 day of January, 2015
by Mary Brodbeck.

_____
Notary Public for Oregon

OFFICIAL SEAL
**CHERI J CROWE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2015



*314251*

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PAMELA F. MONETTE | Case No. 15CV00583 |
| Plaintiff, | **SUMMONS** |
| v. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER, doing business as LEGACY EMANUEL MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP, PC; PACIFIC SURGICAL, PC; RADIOLOGY CONSULTANTS,INC.; PACIFIC NEUROSURGICAL, P.C.; JEFFERSON CHEN M.D.;MATTHEW A. SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM LONG, M.D. | |
| Defendants. | |

TO:    JAMES GILMORE, M.D.
       Legacy Emanuel Radiology
       2801 North Gantenbein Avenue
       Portland, OR 97227

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

| ROBERT S. PERKINS | OSB#84081 |
|---|---|
| ATTORNEY'S / AUTHOR'S NAME | BAR NO. (IF ANY) |

| 4949 Meadows Rd, Suite 400 | | |
|---|---|---|
| ADDRESS | | |

| Lake Oswego, Oregon | | 97035 | (503) 222-4449 |
|---|---|---|---|
| CITY | STATE | ZIP | PHONE |

| TRIAL ATTORNEY IF OTHER THAN ABOVE | BAR NO. |
|---|---|

STATE OF OREGON, County of Clackamas)        ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

1

2

3

4

5        IN THE CIRCUIT COURT OF THE STATE OF OREGON

6              FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| 7  PAMELA F. MONETTE | Case No. 15CV00583 |
| 8            Plaintiff, | **AMENDED COMPLAINT**<br>(Medical Negligence) |
| 9  v. | <u>**Request for Jury Trial**</u> |
| 10  LEGACY EMANUEL HOSPITAL &<br>HEALTH CENTER, doing business as | <u>**Claim Amount: $818,390.58**</u> |
| 11  LEGACY EMANUEL MEDICAL CENTER;<br>OREGON ANESTHESIOLOGY GROUP, PC; | **CLAIM NOT SUBJECT TO MANDITORY<br>ARBITRATION** |
| 12  PACIFIC SURGICAL, PC; RADIOLOGY<br>CONSULTANTS,INC.; PACIFIC | |
| 13  NEUROSURGICAL, P.C.; JEFFERSON<br>CHEN M.D.;MATTHEW A.SOLOMON, D.O.; | |
| 14  K. DEAN GUBLER, D.O.; JAMES GILMORE,<br>M.D.; MELISSA RADECKI, M.D.;.RONALD | |
| 15  BARBOSA, M.D.; JOSEPH WILLIAMS,<br>M.D.; WILLIAM LONG, M.D. ; KAISER | |
| 16  FOUNDATION HEALTH PLAN OF THE<br>NORTHWEST, doing business as KAISER | |
| 17  PERMANENTE | |
| 18            Defendants. | |

19

20       Plaintiff Pamela F. Monette for her First Cause of Action against all defendants, except

21   Kaiser Foundation Health Plan of the Northwest, alleges as follows:

22                    THE PARTIES

23                        1.

24       At all times mentioned herein, **Legacy Emanuel Hospital & Health Center,**

25   (hereinafter "defendant hospital"), was doing business as Legacy Emanuel Medical Center, and

26   is an active corporation formed under the laws of the State of Oregon, engaged in the business of

**PAGE 1 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

1  owning and operating hospitals, medical centers and medical clinics and providing emergency,

2  inpatient and outpatient treatment to patients in Multnomah County.

3                                      2.

4          At all times mentioned herein, defendant hospital held itself out to plaintiff and the

5  patient public as a Level 1 Trauma Center which diagnosed and coordinated care of trauma

6  patients through its specialists in emergency medicine, surgical and critical care medicine,

7  radiology and anesthesiology. Defendant hospital provided treatment to plaintiff through its

8  physicians, staff, employees and agents, both actual and apparent.

9                                      3.

10         At all times mentioned herein, defendant **Oregon Anesthesiology Group, PC**

11  (hereinafter "defendant OAG"), was a professional corporation licensed in the state of Oregon

12

13  and providing anesthesiology medical care to patients at defendant hospital through the actions

14  of physicians either employed by or otherwise engaged as agents for both defendant OAG and

15  defendant hospital.

16                                     4.

17         At all times mentioned herein, defendant **Radiology Consultants, Inc.** (hereinafter

18  "defendant RCI"), was a domestic private corporation licensed in the state of Oregon and

19  providing radiology medical care to patients at defendant hospital through the actions of

20  physicians either employed by or otherwise engaged as agents for both defendant RCI and

21  defendant hospital.

22

23                                     5.

24         At all times mentioned herein, defendant **Pacific Surgical, PC** (hereinafter "Pacific"),

25  was a professional Corporation licensed in the state of Oregon and providing surgical and critical

26

**PAGE 2 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

1    medical care to patients at defendant hospital through the actions of physicians either employed

2    by or otherwise engaged as agents for both defendant Pacific and defendant hospital.

6.

3

4    At all times mentioned herein, defendant **Pacific Neurosurgical, PC** (hereinafter

5    "PNeurosurgical"), was a professional Corporation licensed in the state of Oregon and providing

6    surgical and critical medical care to patients at defendant hospital through the actions of

7    physicians either employed or otherwise engaged as agents for both defendant PNeurosurgical

8    and defendant hospital.

9

7.

10

11   At all times mentioned herein, defendant **Matthew R. Solomon, DO** was a physician,

12   duly licensed to practice medicine within the state of Oregon, and practicing the medical

13   specialty of emergency medicine and anesthesiology.

14                                          8.

15   At all times mentioned herein, defendant Solomon was acting either as an employee or

16   agent of either hospital or defendant OAG, or both, and acting within the course and scope of his

17   employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

18                                          9.

19   At all times mentioned herein, defendant **Jefferson Chen, MD** was a physician, duly

20   licensed to practice medicine within the state of Oregon, and practicing the medical specialty of

21   neurosurgery.

22

23                                          10.

24   At all times mentioned herein, defendant Chen was acting either as an employee or agent

25   of either hospital or defendant PNeurosurgical, or both, and acting within the course and scope of

26   his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

PAGE 3 –AMENDED COMPLAINT
(Claim over $10,000.00)

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

11

At all times mentioned herein, defendant **K. Dean Gubler, DO** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of trauma surgery and critical care medicine.

12

At all times mentioned herein, defendant Gubler, DO was acting either as an employee or agent of either defendant hospital or defendant Pacific, or both, and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

13.

At all times mentioned herein, defendant **James Gilmore, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of radiology.

14.

At all times mentioned herein, defendant Gilmore was acting either as an employee or agent of either hospital or defendant RCI, or both, and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

15.

At all times mentioned herein, defendant **Melissa Radecki, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of emergency medicine and critical care medicine.

/ / /

/ / /

/ / /

**PAGE 4 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR 97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

16.

At all times mentioned herein, defendant Radecki was acting either as an employee or agent of defendant hospital and acting within the course and scope of her employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

17.

At all times mentioned herein, defendant **Ronald Barbosa, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of emergency medicine and critical care medicine.

18.

At all times mentioned herein, defendant Barbosa was acting either as an employee or agent of defendant hospital and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

19.

At all times mentioned herein, defendant **Joseph Williams, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of emergency medicine and critical care medicine.

20.

At all times mentioned herein, defendant Williams was acting either as an employee or agent of defendant hospital and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

21.

At all times mentioned herein, defendant **William Long, MD** was a physician, duly licensed to practice medicine within the state of Oregon, and practicing the medical specialty of emergency medicine and critical care medicine.

**PAGE 5 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR 97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

22.

At all times mentioned herein, defendant Long was acting either as an employee or agent of defendant hospital and acting within the course and scope of his employment and/or agency and as part of defendant hospital's Level 1 Trauma Center.

23.

On January 10, 2013 through February 4, 2013, plaintiff Pamela Monette, was a patient receiving medical care from defendant hospital and defendant physicians.

ACTS AND OMISSIONS

24.

On January 10, 2013, plaintiff sustained a head injury in a fall and was taken to the emergency department of defendant hospital where she received examination, diagnosis and treatment for a traumatic brain injury. Plaintiff had a medical history of a previous gastric bypass surgery that was disclosed to defendant Chen, defendant Solomon, and attending nurses at the emergency department of defendant hospital on that same date.

25.

On the above date and time, in the course of plaintiff's emergency medical care at defendant hospital, defendant Solomon placed an orogastric feeding tube into plaintiff's stomach causing a perforation of the gastric bypass pouch and further injury to plaintiff.

26.

On the above date and time, following placement of the orogastric tube, a CT scan and xray were taken of the area of tube placement. The imaging revealed the incorrect positioning of the orogastric tube and perforation injury. Despite the imaging results, defendant hospital's staff and/or aforementioned treating defendant physicians initiated feeding through the tube, causing the food infused to be deposited into the wound and surrounding area, causing further injury.

**PAGE 6 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

27.

On January 11, 2013 through January 18, 2013 repeat xrays were taken that revealed the incorrect positioning of orogastric tube placement. Despite the imaging results, enternal tube feeding continued and the incorrect positioning of the tube and the perforation injury remained undetected until January 18, 2013.

28.

At the times and dates mentioned above defendant hospital was negligent in the care and treatment of plaintiff, their patient, in one or more of the following particulars:

1. In failing to determine and consider patient's gastic bypass surgery history before attempting to insert and position a orogastric tube into plaintiff's stomach;

2. In positioning improperly the orogastric tube causing perforation of plaintiff's gastric pouch and further injuries;

3. In failing to place the orogastric tube in the gastric pouch;

4. In failing to discover that the orogastric tube had been incorrectly positioned into the stomach and had caused a perforation of the gastric pouch;

5. In initiating enternal feeds before correct placement of the orogastric tube was verified by radiology;

6. In initiating and continuing enternal feeds when radiology revealed incorrect placement of the orogastric tube;

7. In failing to use a fluoroscope to guide placement of a orogastric tube into plaintiff's gastric pouch due to anatomic changes from gastric bypass surgery;

8. In failing to have policies and procedures in place to coordinate and communicate radiology findings and reports that disclosed the incorrect positioning of the orogastric

**PAGE 7 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

1    tube to the team of physicians and staff providing critical care to plaintiff in the

2    emergency room and intensive care unit;

3    9.  In failing to diagnose that the orogastric tube was incorrectly positioned upon receipt of

4        subsequent xray and CT scan imaging and/or reports and failing to diagnose that plaintiff

5        had sustained a perforation injury from the apparent incorrect placement of the orogastric

6        tube;

7    10. In failing to have policies and procedures in place to coordinate communication and

8        charting of plaintiff's history of previous gastric bypass to be considered by the team of

9        physicians and staff providing critical care to plaintiff in the emergency room and

10       intensive care unit.

11

12                                          29.

13       At the times and dates mentioned above defendant physicians were negligent in the care and

14   treatment of plaintiff, their patient, in one or more of the following particulars:

15   1.  In failing to determine and consider patient's gastic bypass surgery history before

16       attempting to insert a orogastric tube into plaintiff's stomach;

17   2.  In positioning improperly the orogastric tube causing perforation of plaintiff's gastric

18       pouch and further injuries;

19   3.  In failing to place the orogastric tube in the gastric pouch;

20   4.  In failing to discover that the orogastric tube had been incorrectly positioned into the

21       stomach and had caused a perforation of the gastric pouch;

22   5.  In initiating enternal feeds before correct placement of the orogastric tube was verified by

23       radiology.

24   6.  In initiating and continuing enternal feeds when radiology revealed incorrect placement

25       of the orogastric tube;

26

**PAGE 8 – AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

7. In failing to use a fluoroscope to guide placement of a orogastric tube into plaintiff's gastric pouch due to anatomic changes from gastric bypass surgery;

8. In failing to have policies and procedures in place to coordinate and communicate radiology findings and reports that disclosed the incorrect positioning of the orogastric tube to the team of physicians and staff providing critical care to plaintiff in the emergency room and intensive care unit.

9. In failing to diagnose that the orogastric tube was incorrectly positioned upon receipt of subsequent xray and CT scan imaging and/or reports and failing to diagnose that plaintiff had sustained a perforation injury from the apparent incorrect placement of the orogastric tube.

30.

As a direct and proximate result of defendants' negligence, the orogastric tube's incorrect placement caused perforation of plaintiff's gastric bypass pouch, stomach and viscus. The eight day delay in discovery and diagnosis of the perforation injury caused plaintiff to further suffer pneumoperitoneum and multiple abscesses, all said injuries requiring two corrective surgeries and an extended hospitalization.

31.

As a direct and proximate result of the above described acts and omissions of defendants, plaintiff sustained the described permanent physical injury with resulting physical and mental pain, suffering, nausea, vomiting, related emotional distress, depression, and anxiety, interference with personal and family life, including inability and/or interference with ability to perform daily activities, surgical scars, all causing plaintiff noneconomic damages in a fair and reasonable amount not to exceed the sum of $250,000.00.

**PAGE 9 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

32.

As a further direct and proximate result of the above described acts and omissions of the defendants, plaintiff has sustained and incurred reasonable and necessary medical expenses for the treatment of the perforation and treatment of related further injuries and conditions described above, including the expense of two corrective surgeries and extended hospitalization, resulting in economic damages in an amount not yet determined but not exceeding total costs of medical treatment and services incurred during the above described hospitalization, a sum of $568,390.58, plus plaintiff may incur additional medical expenses in the future, both to be alleged specificity herein upon determination and prior to trial.

33.

As a further direct and proximate result of the above described acts and omissions of the defendants, medical expenses plaintiff incurred relating to the placement and use of the orogastric tube, including enternal feeds,  were of no value, and plaintiff is therefore entitled to recover all fees incurred by plaintiff relating to said treatment, an amount of economic damages not yet determined, that is a portion of the total costs of past medical treatment referenced above, an amount not greater than $568,390.58.

34.

As a further direct and proximate result of the above described acts and omissions of the defendants, plaintiff's treatment charges were unpaid by her health insurer, referred to collection, and plaintiff was sued by a collection agency, causing damage to her credit and further causing her to incur attorney fees in defense of that action, all to her economic damage in an amount not in excess of $10,000.00.

/ / /

/ / /

**PAGE 10 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

1            SECOND CLAIM FOR RELIEF

2        Plaintiff, for her second and alternate cause of action, against **Kaiser Foundation Health**

3    **Plan of the Northwest** only, alleges as follows:

4                        35.

5        Plaintiff realleges Paragraphs one through thirty three.

6                        36.

7        At all times material herein, defendant **Kaiser Foundation Health Plan of the**

8    **Northwest, doing business as Kaiser Permanente (hereinafter "Kaiser")** is an Oregon

9    corporation and provider of health insurance and the provider of plaintiff's health insurance

10   (hereinafter "health plan") duly formed and authorized to do business in the state of Oregon.

11

12                        37.

13       Ms. Monette, directly and by and through her providers, submitted her treatment charges

14   set forth at paragraph 33 to Kaiser for payment under her health plan coverage. Kaiser has denied

15   responsibility for a substantial amount of those charges and refused to make payment of the

16   billings for charges Ms. Monette's incurred for medical treatment received at the above

17   referenced hospitalization in a sum of $396,812.70.

18                        38.

19       Kaiser has denied responsibility for the charges incurred by Ms. Monette upon the basis

20   that the orogastric feeding tube placement technique used at the emergency department was

21   inappropriate and the resulting injury, need for care and expense incurred could have been

22   prevented and avoided had the feeding tube been properly placed, and improper position detected

23   from chest xrays and a CT scan taken on the day of placement.

24

25   / / /

26   / / /

**PAGE 11 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

39.

If it is determined in this action that the charges for which payment was denied were not for inappropriate care and/or otherwise incurred as a result of medical negligence, and under terms of the health plan should have been paid, Kaiser is in breach of the health plan, and plaintiff has incurred economic damages in the sum of all covered amounts, a sum not exceeding $396,812.70.

40.

As a further consequence of Kaiser's breach, plaintiff's treatment charges remained unpaid, were referred to collection, and plaintiff was sued by a collection agency, causing damage to her credit and further causing her to incur attorney fees in defense of that action, all to her added economic damage in an amount not in excess of $10,000.00.

41.

Plaintiff has paid all premiums due under her health plan and all conditions precedent to Kaiser's duty to perform have otherwise occurred.

WHEREFORE, plaintiff prays for judgment as follows:

a)   for her FIRST CLAIM for RELIEF judgment against all defendants, except Kaiser Foundation Health Plan of the Northwest, for economic damages in an amount not to exceed $568,390.58, plus economic damages for reasonable and necessary future medical expense, plus noneconomic damages not to exceed $250,000.00, together with plaintiff's costs and disbursements incurred herein; or, in the alternative,

/ / /

/ / /

/ / /

**PAGE 12 – AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR 97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

1    b)  for her SECOND CLAIM for RELIEF, judgment against Kaiser Foundation Health

2        Plan of the Northwest for economic damages in an amount not to exceed

3        $406,812.70, together with plaintiff's costs and disbursements incurred herein.

4    DATED:  March 18, 2015.

5

6                                         Robert S. Perkins, OSB No. 840814
                                          Of Attorneys for Plaintiff
7                                         Trial Attorney: Robert S. Perkins, OSB No. 840814

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PAGE 13 –AMENDED COMPLAINT**
**(Claim over $10,000.00)**

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

        Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL, P.C.;
JEFFERSON CHEN M.D.;MATTHEW A. SOLOMON, D.O.;
K. DEAN GUBLER, D.O.; JAMES GILMORE, M.D.;
MELISSA RADECKI, M.D.;.RONALD BARBOSA, M.D.;
JOSEPH WILLIAMS, M.D.; WILLIAM LONG, M.D.;
KAISER FOUNDATION HEALTH PLAN OF THE
NORTHWEST, doing business as KAISER PERMANENTE

        Defendants.

Case No. 15CV00583

**SUMMONS**

TO:    KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST
        c/o The Prentice-Hall Corporation System, Inc.
        285 Liberty Street NE
        Salem, OR 97301

        You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS          OSB#84081
ATTORNEY'S / AUTHOR'S NAME      BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
                ADDRESS

Lake Oswego, Oregon    97035    (503) 222-4449
CITY        STATE       ZIP          PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE      BAR NO.

STATE OF OREGON, County of Clackamas)    ss.

    I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PAMELA F. MONETTE | Case No. 15CV00583 |
|         Plaintiff, | **DECLARATION RE PROOF OF SERVICE** |
|         v. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER, doing business as LEGACY EMANUEL MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP, PC; PACIFIC SURGICAL, PC; RADIOLOGY CONSULTANTS,INC.; PACIFIC NEUROSURGICAL, P.C.; JEFFERSON CHEN M.D.;MATTHEW A.SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM LONG, M.D. ; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST, doing business as KAISER PERMANENTE | |
|         Defendants. | |

1.  I am the attorney for Plaintiff, Pamela F. Monette.

2.  Defendant Kaiser Foundation Healthplan of the Northwest was duly and regularly served with Summons and Complaint by service in accordance with ORCP 7D(3)(b)(ii)(C) and completed on March 31, 2015 as  follows:

(a) Mailings of certified true copies of process on March 27, 2015, by regular and certified mail, to Kaiser Foundation Healthplan of the Northwest, accepted on March 31, 2015. True copies of the return receipts are enclosed as Exhibit "A."

PAGE 1 –DECLARATION RE PROOF OF SERVICE

Robert S. Perkins
Attorneys At Law
4949 Meadows Road, Suite 400
Lake Oswego, OR  97035-2491
Phone: 503-222-4449 Fax: 503-496-5510

1    I hereby declare that the above statement is true to the best of my knowledge and belief,

2    that I understand it is made for use as evidence in court and is subject to penalty for perjury.

3    DATED this 3rd day of April, 2015.

4

5    By: _____
     Robert S. Perkins, OSB No. 84081

6    Of Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2 –DECLARATION RE PROOF OF SERVICE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .90 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 3.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.90 |

7014 1200 0001 1700 4677

EVERGREEN DCU-BEAVERTON, OR
Postmark Here
MAR 2015
USPS-133

Sent To: Kaiser Foundation Healthplan of the NW
Street, Apt. No.; or PO Box No. c/o The Prentice Hall Corp System Inc.
289 Liberty Street NE
City, State, ZIP+4 Salem, OR 97301

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kaiser Foundation
Healthplan of The Northwest
c/o The Prentice-Hall Corporation
System, Inc.
285 Liberty Street NE
Salem, OR 97301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Lisa Richard*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below: ☐ No
   MAR 3 1 2015

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7014 1200 0001 1700 4677

PS Form 3811, July 2013      Domestic Return Receipt

Declaration Re Proof of Service
Exhibit A
Page 1 of 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE

Plaintiff,

v.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER,
doing business as LEGACY EMANUEL MEDICAL
CENTER; OREGON ANESTHESIOLOGY GROUP, PC;
PACIFIC SURGICAL, PC; RADIOLOGY
CONSULTANTS,INC.; PACIFIC NEUROSURGICAL,
P.C.; JEFFERSON CHEN M.D.;MATTHEW
A.SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES
GILMORE, M.D.; MELISSA RADECKI, M.D.;.RONALD
BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM
LONG, M.D.

Defendants.

Case No. 15CV00583

**SUMMONS**

TO:    JEFFERSON W. CHEN, MD
       PACIFIC SURGICAL, PC
       501 North Graham Street, #580
       Portland, OR 97227

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney, or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY / AUTHOR FOR PLAINTIFF

ROBERT S. PERKINS                      OSB#84081
ATTORNEY'S / AUTHOR'S NAME             BAR NO. (IF ANY)

4949 Meadows Rd, Suite 400
                   ADDRESS

Lake Oswego, Oregon      97035    (503) 222-4449
CITY          STATE       ZIP           PHONE

TRIAL ATTORNEY IF OTHER THAN ABOVE        BAR NO.

STATE OF OREGON, County of Clackamas)        ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

                Plaintiff,

    vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

                Defendant.
_____/

Case No. **15CV00583**

AFFIDAVIT OF MAILING

STATE OF OREGON
County of Multnomah          ss.

I, Mary Brodbeck, being first duly sworn, depose and say that I am employed by Nationwide Process
Service, Inc. On March 06, 2015, I mailed a true copy of the Summons and Complaint via First
Class Mail, postage pre-paid, together with a statement of the date, time and place at which service
was made, to JEFFERSON W. CHEN, M.D. c/o Pacific Surgical, PC.

The envelope was addressed as follows:

    JEFFERSON W. CHEN, M.D. c/o Pacific Surgical, PC, for
    JEFFERSON W. CHEN, M.D.
    200 S. Manchester Avenue, #210
    Orange, CA 92868

I declare under the penalty of perjury that the above statement is true and correct.

                           X_____
SUBSCRIBED AND SWORN BEFORE ME     Mary Brodbeck
this ⎣6⎦ day of ⎣March⎦, 20⎣15⎦     Nationwide Process Service, Inc.
by Mary Brodbeck.                   1201 S.W. 12th Avenue, Suite 300
                              Portland, OR 97205
_____    503-241-0636
Notary Public for Oregon

    OFFICIAL SEAL
    CHERI J CROWE
    NOTARY PUBLIC - OREGON
    COMMISSION NO. 457290
MY COMMISSION EXPIRES MARCH 30, 2016



*314256*

4/6/2015 2:04:48 PM
15CV00583

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF MULTNOMAH

PAMELA F. MONETTE,

        Plaintiff,

   vs.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER dba LEGACY EMANUEL MEDICAL
CENTER; et al.,

        Defendant.

_____/

Case No. **15CV00583**

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE     ss.

I, Alan Thomas, hereby certify that I am a competent person 18 years of age or older, a
resident of the STATE OF CALIFORNIA and that I am not a party to nor an officer, director,
or employee of, nor attorney for any party, corporate or otherwise; that I made service of a
true copy of:

*Summons and Complaint*

Upon **JEFFERSON W. CHEN, M.D.,** by leaving such true copy, personally and in person,
with Patty "Doe"*, who is the person apparently in charge at the office of JEFFERSON W.
CHEN, M.D. c/o Pacific Surgical, PC, who is the thereof, at 200 S. Manchester Avenue, #210,
Orange, CA 92868 on March 05, 2015 at 10:46 AM.

*At the time of service, she refused to provide her name.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this ___17ᵗʰ___ day of ___March___ ,20_15_ .

                                      X _____
                                      Alan Thomas
                                      Nationwide Process Service, Inc.
                                      1201 S.W. 12th Avenue, Suite 300
                                      Portland, OR 97205
                                      503-241-0636

*314256*