IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PAMELA F. MONETTE**,

        Plaintiff,

    v.

**LEGACY EMANUEL HOSPITAL & HEALTH CENTER,** doing business as **LEGACY EMANUEL MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP, PC; PACIFIC SURGICAL, PC; RADIOLOGY CONSULTANTS, INC.; PACIFIC NEUROSURGICAL, P.C.; JEFFERSON CHEN M.D.; MATTHEW A. SOLOMON, D.O.; K. DEAN GUBLER, D.O.; JAMES GILMORE, M.D.; MELISSA RADECKI, M.D.; RONALD BARBOSA, M.D.; JOSEPH WILLIAMS, M.D.; WILLIAM LONG, M.D.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST,** doing business as **KAISER PERMANENTE,**

        Defendants.

No. 3:15-cv-00721-MO

ORDER OF REMAND

**MOSMAN, J.**,

    Based on the agreement of the parties, Legacy Emanuel's Motion to Remand [16] is hereby GRANTED and the above-captioned case is REMANDED to State Court for further proceedings.  All other pending motions are DENIED AS MOOT.  IT IS SO ORDERED.

    DATED this __16th__ day of July, 2015.

                        /s/ Michael W. Mosman_____
                        MICHAEL W. MOSMAN
                        United States District Judge